1
2
3
4
5
6                     UNITED STATES DISTRICT COURT
7                     NORTHERN DISTRICT OF CALIFORNIA
8
9  Communities for a Better Environment, a
   California non-profit corporation,              No. C 07-02768 JCS
10
            Plaintiff(s),                          **CONSENT TO PROCEED BEFORE A**
11                                                 **UNITED STATES MAGISTRATE JUDGE**
      v.
12  Action Metal Recycling, Inc., a California
    corporation
13
            Defendant(s).
14  _____/

15       CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

16       In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

17  hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further

18  proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the

19  judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

20
21  Dated: August 2, 2007                          _____
                                                   Signature  C. D. Michel
22
                                                   Counsel for  Defendant
23                                                 (Plaintiff, Defendant or indicate "pro se")
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>       Plaintiff,<br><br>    v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>       Defendant. | CASE NO: 07 CV 1017 IEG(RBB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

       I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

       I am not a party to the above-entitled action. I have caused service of:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

       I declare under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2007.

                                       /s/ C.D. Michel
                                       C.D. Michel
                                       Counsel for Defendant

1