```
 1  C.D. Michel, S.B.N. 144258
    ctrutanich@tmllp.com
 2  W. Lee Smith, S.B.N. 196115
    lsmith@tmllp.com
 3  TRUTANICH • MICHEL, LLP
    180 E. Ocean Blvd., Suite 200
 4  Long Beach, CA 90802
    Telephone:  (562) 216-4444
 5  Facsimile:   (562) 216-4445

 6  Attorneys for Defendants
    Action Metal Recycling, Inc.
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>    Defendant. | CASE NO: C07-02768 JCS<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**<br><br>*Pursuant to* Fed. R. Civ. P. 6(b)(1), Local Rule 6-1.<br><br>Judge: Joseph C. Spero<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that Plaintiff Communities for a Better Environment ("Plaintiff") and Defendant Action Metal Recycling, Inc. ("Defendant"), hereby stipulate and agree as follows:

    WHEREAS, Plaintiff filed its Complaint against Defendant on May 25, 2007;

    WHEREAS, Plaintiff served the Complaint on Defendant on July 13, 2007;

    WHEREAS, Plaintiff and Defendant desire to engage in settlement negotiations and require time therefor;

    WHEREAS, the Defendant desires addition time to prepare and file responsive

pleadings so that settlement negotiations can be attempted prior to the filing of responsive pleadings; and

WHEREAS the parties desire to extend the date by which Defendant must file responsive pleadings.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. The Defendant's last day to file responsive pleading to the Complaint is extended to August 31, 2007.

IT IS SO STIPULATED AND AGREED.


DATED: August 1, 2007          **COMMUNITIES FOR A BETTER ENVIRONMENT**


/s/
Philip Huang
Counsel for Plaintiff


DATED: August 1, 2007          **TRUTANICH • MICHEL, LLP**


/s/
C.D. Michel
Counsel for Defendants

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>    Defendant. | CASE NO: 07 CV 1017 IEG(RBB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 6, 2007.

/s/ C.D. Michel
C.D. Michel
Counsel for Defendant

STIPULATION TO EXTEND TIME FOR
RESPONSIVE PLEADING C07-02768 JCS      3