UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMMUNITIES FOR A BETTER
ENVIRONMENT

         Plaintiff(s),

    v.

ACTION METAL RECYCLING, INC

         Defendant(s).

No.  C  07 02768 JCS

**CONSENT TO PROCEED BEFORE A
UNITED STATES MAGISTRATE JUDGE**

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated:   August 6, 2007

Signature

Counsel for   Plaintiff
(Plaintiff, Defendant or indicate "pro se")