UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

COMMUNITIES FOR A BETTER
ENVIRONMENT

        Plaintiff(s),

v.

ACTION METAL RECYCLING, INC

        Defendant(s).
_____/

CASE NO. C 07 02768 JCS

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
      Early Neutral Evaluation (ENE) (ADR L.R. 5)
✔    Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
      Private ADR *(please identify process and provider)* _____

The parties agree to hold the ADR session by:
✔    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

      other requested deadline _____

Dated: August 9, 2007

                                                Attorney for Plaintiff

Dated: August 9, 2007

                                                Attorney for Defendant

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
        Non-binding Arbitration
        Early Neutral Evaluation (ENE)
✔     Mediation
        Private ADR

    Deadline for ADR session
✔     90 days from the date of this order.
        other

IT IS SO ORDERED.

Dated:_____

                                            JOSEPH C. SPERO
                                            UNITED STATES MAGISTRATE JUDGE

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Communities for a Better Environment, a California non-profit corporation, | ) CASE NO: 07 CV 1017 IEG(RBB) |
|---|---|
|  | ) CERTIFICATE OF SERVICE |
| Plaintiff, | ) |
| v. | ) |
| Action Metal Recycling, Inc., a California corporation, | ) |
| Defendant. | ) |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 10, 2007.

/s/ C.D. Michel
C.D. Michel
Counsel for Defendant

1