C.D. Michel, S.B.N. 144258
ctrutanich@tmllp.com
W. Lee Smith, S.B.N. 196115
lsmith@tmllp.com
**TRUTANICH • MICHEL, LLP**
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445

Attorneys for Defendants
Action Metal Recycling, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Communities for a Better Environment, a California non-profit corporation,

Plaintiff,

v.

Action Metal Recycling, Inc., a California corporation,

Defendant.

CASE NO: C07-02768 JCS

**APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**

*Pursuant to* Local Rule 16-10(a).

Magistrate Judge: Joseph C. Spero

Complaint Filed: June 25, 2007
Trial Date: None

CMC Date: September 4, 2007
Time: 1:30 p.m.

TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

Defendant Action Metal Recycling, Inc. ("Action"), by and through its attorney of record, W. Lee Smith of Trutanich • Michel, LLP ("TM"), respectfully submits the following Application for Order Excusing Personal Appearance of Action's Attorney and Request for Telephonic Appearance at Case Management Conference scheduled for September 4, 2007, at 1:30 p.m., before the Honorable Joseph C. Spero.

/ / /

1. TM is located in Long Beach, California. If W. Lee Smith (the case manager for this matter) travels to and from San Francisco to participate in the Case Management Conference ("CMC"), he will likely spend nearly a whole business day traveling, if not more.

2. The cost of Mr. Smith's time spent traveling and the cost of transportation will be out of proportion to size of the matter and the pecuniary relief sought, especially in light of the fact that the parties are actively discussing the potential for a settlement agreement.

3. Philip Huang, Counsel for Plaintiff Communities for a Better Environment, has stated that he does not oppose Mr. Smith being allowed to appear telephonically at the CMC.

4. For the reasons set forth above, we request the Court excuse Action's attorney from personally attending the September 4, 2007 CMC and instead allow Action's attorney to participate in the CMC by telephone. Action's representative will personally attend the CMC.

Based on the foregoing, Action requests this Application for an Order Excusing Personal Appearance of Action's Attorney and Request for Telephonic Appearance at the Case Management Conference at the September 4, 2007 CMC be granted.

Respectfully submitted,

DATED: August 23, 2007

**TRUTANICH • MICHEL, LLP**

/s/

W. Lee Smith
Counsel for Defendants



UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Communities for a Better Environment, a California non-profit corporation,

Plaintiff,

v.

Action Metal Recycling, Inc., a California corporation,

Defendant.

CASE NO: 07 CV 1017 IEG(RBB)

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2007.

/s/W. Lee Smith
W. Lee Smith
Counsel for Defendant