1  C.D. Michel, S.B.N. 144258
   ctrutanich@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  **TRUTANICH • MICHEL, LLP**
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendants
   Action Metal Recycling, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 Communities for a Better                ) CASE NO: C07-02768 JCS
   Environment, a California non-profit    )
12 corporation,                            ) **[PROPOSED] ORDER GRANTING**
                                           ) **APPLICATION FOR ORDER**
13         Plaintiff,                      ) **EXCUSING PERSONAL**
                                           ) **APPEARANCE OF ACTION'S**
14      v.                                 ) **ATTORNEY AND REQUEST TO**
                                           ) **TELEPHONICALLY APPEAR AT**
15 Action Metal Recycling, Inc., a         ) **CASE  MANAGEMENT**
   California corporation,                 ) **CONFERENCE**
16                                         )
                                           ) Magistrate Judge: Joseph C. Spero
17         Defendant.                      )
                                           ) Complaint Filed: June 25, 2007
18                                         ) Trial Date:      None
                                           )
19                                         ) CMC Date:  August 31, 2007
                                           ) Time:       1:30 p.m.
20 _____        )

21      The Application of Action Metal Recycling, Inc. ("Action") for an order

22 excusing the personal appearance of Action's counsel at the August 31, 2007 Case

23 Management Conference in the above-captioned case, and instead allowing counsel

24 to appear telephonically, was presented to the Honorable Joseph C. Spero,

25 presiding.

26 / / /

27 / / /

28 / / /

1  Good cause appearing, IT IS HEREBY ORDERED that the Application of Action is

2  GRANTED; Action's counsel may telephonically appear at the August 31, 2007

3  Case Management Conference.

4

5  Date: _____    /s/_____

6                                    Hon. Joseph C. Spero
                                      United States District Court Magistrate
7                                     Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation, | CASE NO: 07 CV 1017 IEG(RBB) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| Action Metal Recycling, Inc., a California corporation, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action.  I have caused service of:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE  MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

1   I declare under penalty of perjury that the foregoing is true and correct.
        Executed on August 23, 2007.

2

3                                          /s/W. Lee Smith
                                           W. Lee Smith
4                                          Counsel for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28