```
C.D. Michel, S.B.N. 144258
ctrutanich@tmllp.com
W. Lee Smith, S.B.N. 196115
lsmith@tmllp.com
TRUTANICH • MICHEL, LLP
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone:  (562) 216-4444
Facsimile:   (562) 216-4445

Attorneys for Defendants
Action Metal Recycling, Inc.
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>　　　　　Defendant. | CASE NO: C07-02768 JCS<br><br>**DECLARATION OF W. LEE SMITH IN SUPPORT OF APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**<br><br>Magistrate Judge: Joseph C. Spero<br><br>Complaint Filed: June 25, 2007<br>Trial Date:　　　None<br><br>CMC Date:　August 31, 2007<br>Time:　　　　1:30 p.m. |

## DECLARATION OF W. LEE SMITH

I, W. Lee Smith, declare as follows:

　　1.　　I am an attorney at law admitted to practice before all Courts of the State of California and the United States District Court for the Northern District of California. I have personal knowledge of each matter and the facts stated herein as a result of my employment with Trutanich • Michel, LLP ("TM"), attorneys for Defendant Action Metal Recycling, Inc. ("Action"), and if called upon and sworn as a witness, I could and would testify competently thereto.

1. I am TM's case manager for this matter, I am responsible for attending to the day-to-day aspects of the litigation.
2. I work at TM's Long Beach office, located at 180 E. Ocean Boulevard, Suite #200, Long Beach, California.
3. The distance between TM's office and the Northern District Courthouse is approximately 400 miles. I estimate that it will take seven to nine hours of travel time to make an appearance at the Case Management Conference ("CMC") scheduled on August 31, 2007. The cost of travel will be approximately $400.00 (plane fare and taxi service), and the cost of my travel time will be approximately $2,100.00.
4. On August 23, Philip Huang, counsel for Plaintiff Communities for a Better Environment, emailed Scott M. Franklin, an attorney in my office, responding to an email sent by Mr. Franklin on August 21, 2007. Mr. Franklin's email inquired if Mr. Huang would be opposed to my appearing telephonically at the August 31, 2007CMC; Mr. Huang's email stated that he had no objection to a telephonic appearance.
5. A true and correct copy of the abovementioned correspondence is attached hereto as Exhibit A.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of August, 2007, in Long Beach, California.

/s/ _____
W. Lee Smith

# EXHIBIT "A"

# Scott Franklin

| | |
|---|---|
| **From:** | Scott Franklin |
| **Sent:** | Tuesday, August 21, 2007 4:06 PM |
| **To:** | 'Philip Huang' |
| **Cc:** | Action Metal (1308) (1308.interwoven@wcs.legal.local) |
| **Subject:** | RE: Case Management statement draft |

Mr. Huang:

Thank you for getting the Joint Statement to me.  I will email you a draft with our changes by Wednesday evening or Thursday morning at the latest.  On an unrelated note, we intend to file an application to appear telephonically at the CMC; may I state that you do not oppose such an appearance?

Best regards,

Scott M. Franklin
Trutanich-Michel, LLP
Attorneys at Law
Los Angeles Office
180 East Ocean Blvd.
Suite 200
Long Beach, California  90802
E-mail: sfranklin@tmllp.com
Phone: (562) 216-4474
Fax: (562) 216-4445
Website: www.tmllp.com

This e-mail is confidential and is legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purposes, or disclose its contents to any other person.  To do so could violate state and Federal privacy laws.  Thank you for your cooperation.  Please contact Trutanich-Michel, LLP at 562-216-4444 if you need assistance.

-----Original Message-----
From: Philip Huang [mailto:phuang@cbecal.org]
Sent: Monday, August 20, 2007 4:36 PM
To: Scott Franklin
Subject: Case Management statement draft

Dear Mr. Franklin,

Please find attached a draft of the Joint Case Management Statement.

Cheers,

Philip Huang
Staff Attorney
Communities for a Better Environment
1440 Broadway, Suite 701
Oakland, CA 94612
(510) 302-0430 x17

1

**Scott Franklin**

---

**From:** Philip Huang [phuang@cbecal.org]
**Sent:** Thursday, August 23, 2007 1:20 PM
**To:** Scott Franklin
**Subject:** RE: Case Management statement draft

Mr. Franklin,

We would not oppose a telephonic appearance.

Cheers,
Philip

-----Original Message-----
From: Scott Franklin [mailto:sfranklin@tmllp.com]
Sent: Tuesday, August 21, 2007 4:06 PM
To: Philip Huang
Cc: 1308.interwoven@wcs.legal.local
Subject: RE: Case Management statement draft

Mr. Huang:

Thank you for getting the Joint Statement to me. I will email you a draft with our changes by Wednesday evening or Thursday morning at the latest. On an unrelated note, we intend to file an application to appear telephonically at the CMC; may I state that you do not oppose such an appearance?

Best regards,

Scott M. Franklin
Trutanich-Michel, LLP
Attorneys at Law
Los Angeles Office
180 East Ocean Blvd.
Suite 200
Long Beach, California  90802
E-mail: sfranklin@tmllp.com
Phone: (562) 216-4474
Fax: (562) 216-4445
Website: www.tmllp.com
  This e-mail is confidential and is legally privileged.  If you have received it in error, you are on notice of its status.  Please notify us immediately by reply e-mail and then delete this message from your system.  Please do not copy it or use it for any purposes, or disclose its contents to any other person.  To do so could violate state and Federal privacy laws.  Thank you for your cooperation.  Please contact Trutanich-Michel, LLP at 562-216-4444 if you need assistance.

-----Original Message-----
From: Philip Huang [mailto:phuang@cbecal.org]
Sent: Monday, August 20, 2007 4:36 PM
To: Scott Franklin
Subject: Case Management statement draft

Dear Mr. Franklin,

Please find attached a draft of the Joint Case Management Statement.

Cheers,

Philip Huang
Staff Attorney
Communities for a Better Environment
1440 Broadway, Suite 701

1

Oakland, CA 94612
(510) 302-0430 x17

2

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation, | CASE NO: 07 CV 1017 IEG(RBB) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| Action Metal Recycling, Inc., a California corporation, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**DECLARATION OF W. LEE SMITH IN SUPPORT OF APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

DEC. OF W. LEE SMITH ISO APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR        3

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2007.

/s/W. Lee Smith
W. Lee Smith
Counsel for Defendant

DEC. OF W. LEE SMITH ISO APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR          4