1  C.D. Michel, S.B.N. 144258
   ctrutanich@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  **TRUTANICH • MICHEL, LLP**
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendants
   Action Metal Recycling, Inc.
7

8
                    **UNITED STATES DISTRICT COURT**
9
              **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
10
                       **SAN FRANCISCO DIVISION**
11

12 | Communities for a Better              ) | CASE NO: C07-02768 JCS
   | Environment, a California non-profit  ) |
13 | corporation,                          ) | **CERTIFICATION AS TO**
   |                                       ) | **INTERESTED PARTIES**
14 |             Plaintiff,                ) |
   |                                       ) | Judge: Joseph C. Spero
15 |        v.                             ) |
   |                                       ) |
16 | Action Metal Recycling, Inc., a       ) |
   | California corporation,               ) |
17 |                                       ) |
   |                                       ) |
18 |             Defendant.                ) | Action Filed: May 25, 2007
   |                                       ) | Trial Date:   None
19

20     Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other
21 than the named parties, there is no interest to report.
22

23 DATED: August 24, 2007              **TRUTANICH • MICHEL, LLP**
24

25                                     /s/_____
                                       W. Lee Smith
26                                     Attorneys for Defendant Action Metal
                                       Recycling, Inc.
27

28

CERTIFICATION AS TO INTERESTED PARTIES    1

1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>       Plaintiff,<br><br>   v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>       Defendant. | CASE NO: 07 CV 1017 IEG(RBB)<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**CERTIFICATION AS TO INTERESTED PARTIES**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

CERTIFICATION AS TO INTERESTED PARTIES    2

1   I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2007.

2

3   /s/W. Lee Smith
    W. Lee Smith
4   Counsel for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION AS TO INTERESTED PARTIES   3