```
C.D. Michel, S.B.N. 144258
ctrutanich@tmllp.com
W. Lee Smith, S.B.N. 196115
lsmith@tmllp.com
```
**TRUTANICH • MICHEL, LLP**
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone:  (562) 216-4444
Facsimile:   (562) 216-4445

Attorneys for Defendants
Action Metal Recycling, Inc.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>        Defendant. | CASE NO: C07-02768 JCS<br><br>[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE<br><br>Magistrate Judge: Joseph C. Spero<br><br>Complaint Filed: June 25, 2007<br>Trial Date:     None<br><br>CMC Date:  August 31, 2007<br>Time:         1:30 p.m. |

    The Application of Action Metal Recycling, Inc. ("Action") for an order excusing the personal appearance of Action's counsel at the August 31, 2007 Case Management Conference in the above-captioned case, and instead allowing counsel to appear telephonically, was presented to the Honorable Joseph C. Spero, presiding.

/ / /

/ / /

/ / /

[~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR    1

1  Good cause appearing, IT IS HEREBY ORDERED that the Application of Action is
2  GRANTED; Action's counsel may telephonically appear at the August 31, 2007
3  Case Management Conference.
4
5  Date:   August 24, 2007
6                                              /s/
                                                Hon. _____
7                                               United States Court Magistrate
                                                Judge

1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation, | CASE NO: 07 CV 1017 IEG(RBB) |
| Plaintiff, | CERTIFICATE OF SERVICE |
| v. | |
| Action Metal Recycling, Inc., a California corporation, | |
| Defendant. | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on August 23, 2007.

                                        /s/W. Lee Smith
                                        W. Lee Smith
                                        Counsel for Defendant

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR     4