| | |
|---|---|
| 1 | C.D. Michel, S.B.N. 144258<br>ctrutanich@tmllp.com |
| 2 | W. Lee Smith, S.B.N. 196115<br>lsmith@tmllp.com |
| 3 | **TRUTANICH • MICHEL, LLP**<br>180 E. Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802<br>Telephone:  (562) 216-4444 |
| 5 | Facsimile:   (562) 216-4445 |
| 6 | Attorneys for Defendants<br>Action Metal Recycling, Inc. |
| 7 | |

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | Communities for a Better Environment, a California non-profit corporation, | CASE NO: C07-02768 JCS |
| 12 | | **[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE** |
| 13 | Plaintiff, | |
| 14 | v. | |
| 15 | Action Metal Recycling, Inc., a California corporation, | |
| 16 | | |
| 17 | Defendant. | Magistrate Judge: Joseph C. Spero |
| 18 | | Complaint Filed: June 25, 2007<br>Trial Date:         None |
| 19 | | CMC Date:   August 31, 2007<br>Time:           1:30 p.m. |

The Application of Action Metal Recycling, Inc. ("Action") for an order excusing the personal appearance of Action's counsel at the August 31, 2007 Case Management Conference in the above-captioned case, and instead allowing counsel to appear telephonically, was presented to the Honorable Joseph C. Spero, presiding.

/ / /

/ / /

/ / /

---

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR        1

1  Good cause appearing, IT IS HEREBY ORDERED that the Application of Action is
2  GRANTED; Action's counsel may telephonically appear at the August 31, 2007
3  Case Management Conference.
4
5    Date:                                    _____
6                                             Hon. Joseph C. Spero
                                              United States District Court Magistrate
7                                             Judge
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR          2

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Communities for a Better Environment, a California non-profit corporation, | ) ) ) ) | CASE NO: C07-02768 JCS |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| Action Metal Recycling, Inc., a California corporation, | ) ) ) ) | |
| Defendant. | ) ) | |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2007.

2

3                                              /s/W. Lee Smith
   W. Lee Smith
4  Counsel for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR         4