1  C.D. Michel, S.B.N. 144258
   ctrutanich@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  **TRUTANICH • MICHEL, LLP**
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendants
   Action Metal Recycling, Inc.
7

8
                    UNITED STATES DISTRICT COURT
9
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
                       SAN FRANCISCO DIVISION
11

12 Communities for a Better          )   CASE NO: C07-02768 JCS
   Environment, a California non-profit )
13 corporation,                      )   **CERTIFICATION AS TO
                                     )   INTERESTED PARTIES**
14         Plaintiff,                )
                                     )   Judge: Joseph C. Spero
15    v.                             )
                                     )
16 Action Metal Recycling, Inc., a   )
   California corporation,           )
17                                   )
                                     )
18         Defendant.                )   Action Filed: May 25, 2007
                                     )   Trial Date:   None
19

20     Pursuant to Civil L. R. 3-16, the undersigned certifies that as of this date, other
21 than the named parties, there is no interest to report.

22

23 DATED: August 24, 2007            **TRUTANICH • MICHEL, LLP**

24

25                                   /s/
                                     _____
                                     W. Lee Smith
26                                   Attorneys for Defendant Action Metal
                                     Recycling, Inc.
27

28

CERTIFICATION AS TO INTERESTED PARTIES    1

1
2
3
4
5
6
7

8                    UNITED STATES DISTRICT COURT
9                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

11   Communities for a Better            )   CASE NO: C07-02768 JCS
     Environment, a California non-profit )
12   corporation,                        )   CERTIFICATE OF SERVICE
                                         )
13              Plaintiff,               )
                                         )
14       v.                              )
                                         )
15   Action Metal Recycling, Inc., a     )
     California corporation,             )
16                                       )
                                         )
17              Defendant.               )
                                         )
18   IT IS HEREBY CERTIFIED THAT:

19       I, the undersigned, am a citizen of the United States and am at least eighteen
     years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach,
20   California, 90802.

21       I am not a party to the above-entitled action. I have caused service of:

22              **CERTIFICATION AS TO INTERESTED PARTIES**

23   on the following party by electronically filing the foregoing with the Clerk of the
     District Court using its ECF System, which electronically notifies them.
24
     Philip Huang
25   Counsel for Plaintiff
     E-Mail: phuang@cbecal.org
26

27

28

CERTIFICATION AS TO INTERESTED PARTIES    2

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed on August 27, 2007.

2

3 | /s/W. Lee Smith
W. Lee Smith
4 | Counsel for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATION AS TO INTERESTED PARTIES    3