1  Shana Lazerow, State Bar No. 195491
   Philip Huang. State Bar No. 230115
2  COMMUNITIES FOR A BETTER ENVIRONMENT
   1440 Broadway, Suite 701
3  Oakland, California 94612
   Tel: (510) 302-0430
4  Fax: (510) 302-0438

5  Attorneys for Plaintiff
   COMMUNITIES FOR A BETTER ENVIRONMENT

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation<br><br>          Plaintiff,<br><br>     vs.<br><br>ACTION METAL RECYCLING, INC, a California corporation<br><br>          Defendant | Case No. C 07 02768 JCS<br><br>Certification of Interested Entities or Persons (Civil L.R. 3-16)<br><br>Judge: Hon. Joseph C. Spero |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
COMMUNITIES FOR A BETTER ENVIRONMENT
Case No. C 07-02768 JCS

1     Philip Huang, attorney for plaintiff Communities for a Better Environment ("CBE"), certifies that as of this date, other than the named parties, there are no entities known CBE to have either: (i) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding.  In short, "pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report." Civil Local Rule 3-16(c).

Dated: August 27, 2007         ___Philip Huang /s/_____
                                            Philip Huang
                                            Attorney for Plaintiff
                                            COMMUNITIES FOR A BETTER ENVIRONMENT