1  C.D. Michel, S.B.N. 144258
   ctrutanich@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  **TRUTANICH • MICHEL, LLP**
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendants
   Action Metal Recycling, Inc.

7

8            **UNITED STATES DISTRICT COURT**

9        **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | Communities for a Better Environment, a California non-profit corporation, | ) CASE NO: C07-02768 JCS |

12 |  | ) **NOTICE OF ERRATA RE:** |
13 |                    Plaintiff, | ) **[CORRECTED] APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE** |
14 |          v. |  |
15 | Action Metal Recycling, Inc., a California corporation, |  |
16 |  | ) |
17 |                    Defendant. | ) Magistrate Judge: Joseph C. Spero |
18 |  | ) Complaint Filed: June 25, 2007 |
   |  | Trial Date:       None |
19 |  | ) CMC Date:   August 31, 2007 |
   |  | Time:       1:30 p.m. |
20

21 TO THE PARTIES AND THEIR ATTORNEYS OF RECORD:

22      PLEASE TAKE NOTICE THAT Defendant Action Metal Recycling, Inc.

23 ("Action") hereby requests this Court correct the following errata:

24      1. As the result of a clerical error, Paragraph 4 of Action's [Corrected]

25 Application for Order Excusing Personal Appearance of Action's Attorney and

26 Request to Telephonically Appear at Case Management Conference states that

27 "Action's representative will personally attend the CMC."  This sentence was

28 unintentionally included in the Application and Action respectfully requests it be

1   stricken by the Court.

2

3   DATED: August 27, 2007          **TRUTANICH • MICHEL, LLP**

4

5

6                                   /s/
                                    _____
7                                   W. Lee Smith
                                    Counsel for Defendants
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11    Communities for a Better              )    CASE NO: C07-02768 JCS
      Environment, a California non-profit   )
12    corporation,                          )    CERTIFICATE OF SERVICE
                                            )
13                     Plaintiff,           )
                                            )
14         v.                               )
                                            )
15    Action Metal Recycling, Inc., a       )
      California corporation,               )
16                                          )
                                            )
17                     Defendant.           )

18    IT IS HEREBY CERTIFIED THAT:

19         I, the undersigned, am a citizen of the United States and am at least eighteen
      years of age.  My business address is 180 E. Ocean Blvd., Suite 200, Long Beach,
20    California, 90802.

21         I am not a party to the above-entitled action.  I have caused service of:

22    **NOTICE OF ERRATA RE: APPLICATION FOR ORDER EXCUSING
      PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST
23    TO TELEPHONICALLY APPEAR AT CASE  MANAGEMENT
      CONFERENCE**

24
      on the following party by electronically filing the foregoing with the Clerk of the
25    District Court using its ECF System, which electronically notifies them.

26    Philip Huang
      Counsel for Plaintiff
27    E-Mail: phuang@cbecal.org

28

1    I declare under penalty of perjury that the foregoing is true and correct.
       Executed on August 27, 2007.

2

3                            /s/W. Lee Smith
                           W. Lee Smith

4                            Counsel for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28