C. D. Michel, S.B.N. 144258
cmichel@tmllp.com
W. Lee Smith, S.B.N. 196115
lsmith@tmllp.com
**TRUTANICH • MICHEL, LLP**
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone: (562) 216-4444
Facsimile: (562) 216-4445

Attorneys for Defendants
Action Metal Recycling, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>Defendant. | CASE NO: C07-02768 JCS<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**<br><br>*Pursuant to* Fed. R. Civ. P. 6(b)(1), Local Rule 6-1.<br><br>Magistrate Judge: Joseph C. Spero<br><br>(Federal Water Pollution Control Act,33 U.S.C. §§ 1251 et seq.) |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that Plaintiff Communities for a Better Environment ("Plaintiff") and Defendant Action Metal Recycling, Inc. ("Defendant"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint against Defendant on May 25, 2007;

WHEREAS, Plaintiff served the Complaint on Defendant on July 13, 2007;

WHEREAS, Plaintiff and Defendant are engaged in settlement negotiations and require additional time to continue such negotiations;

WHEREAS, the Defendant desires additional time to prepare and file responsive pleading to allow settlement negotiations to continue;

WHEREAS, the parties previously stipulated to extend the deadline for filing responsive pleading to August 31, 2007; and

WHEREAS the parties desire to extend the date by which Defendant must file responsive pleading.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. The Defendant's last day to file responsive pleading to the Complaint is extended to September 28, 2007.

IT IS SO STIPULATED AND AGREED.

DATED: August 30, 2007

**COMMUNITIES FOR A BETTER ENVIRONMENT**

/s/______________________________
Philip Huang
Counsel for Plaintiff

DATED: August 30, 2007

**TRUTANICH • MICHEL, LLP**

/s/______________________________
W. Lee Smith
Counsel for Defendants

DATED: ____________, 2007

______________________________
Honorable Joseph C. Spero
United States Magistrate Judge

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Communities for a Better Environment, a California non-profit corporation,

Plaintiff,

v.

Action Metal Recycling, Inc., a California corporation,

Defendant.

CASE NO: C07-02768 JCS

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 30, 2007.

/s/W. Lee Smith
W. Lee Smith
Counsel for Defendant