```
1  C. D. Michel, S.B.N. 144258
   cmichel@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendants
   Action Metal Recycling, Inc.
7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>    Defendant. | CASE NO: C07-02768 JCS<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING<br><br>Magistrate Judge: Joseph C. Spero<br><br>Complaint Filed: June 25, 2007<br>Trial Date:         None |

　　The Stipulation to Extend Time for Filing Responsive Pleading of Action Metal Recycling, Inc. ("Action") for an order to allow Defendant's to file a responsive pleading to the Complaint is extended to September 28, 2007.

　　Good cause appearing, IT IS HEREBY ORDERED that the Stipulation is GRANTED.

Date:

_____
Honorable Joseph C. Spero
United States Magistrate Judge

1

1
2
3
4
5                    UNITED STATES DISTRICT COURT
6               FOR THE NORTHERN DISTRICT OF CALIFORNIA
7

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>    Defendant. | CASE NO: C07-02768 JCS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Philip Huang
Counsel for Plaintiff
E-Mail: phuang@cbecal.org

    I declare under penalty of perjury that the foregoing is true and correct.

    Executed on August 30, 2007.

                                                /s/W. Lee Smith
                                               W. Lee Smith
                                               Counsel for Defendant