1  C. D. Michel, S.B.N. 144258
   cmichel@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  **TRUTANICH • MICHEL, LLP**
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:  (562) 216-4445

6  Attorneys for Defendants
   Action Metal Recycling, Inc.
7

8  UNITED STATES DISTRICT COURT

9  FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | Communities for a Better Environment, a California non-profit corporation, | ) ) ) | CASE NO: C07-02768 JCS
12 | | ) | **STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING**
13 | Plaintiff, | ) ) |
14 | v. | ) ) | *Pursuant to* Fed. R. Civ. P. 6(b)(1), Local Rule 6-1.
15 | Action Metal Recycling, Inc., a California corporation, | ) ) ) | Magistrate Judge: Joseph C. Spero
16 | | ) ) | (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.)
17 | Defendant. | ) ) |
18

19    IT IS HEREBY STIPULATED by and between the parties, through their
20 respective attorneys of record, that Plaintiff Communities for a Better Environment
21 ("Plaintiff") and Defendant Action Metal Recycling, Inc. ("Defendant"), hereby
22 stipulate and agree as follows:
23    WHEREAS, Plaintiff filed its Complaint against Defendant on May 25, 2007;
24    WHEREAS, Plaintiff served the Complaint on Defendant on July 13, 2007;
25    WHEREAS, Plaintiff and Defendant are engaged in settlement negotiations
26 and require additional time to continue such negotiations;
27    WHEREAS, the Defendant desires additional time to prepare and file
28 responsive pleading to allow settlement negotiations to continue;

STIPULATION TO EXTEND TIME FOR
RESPONSIVE PLEADING C07-02768 JCS         1

1  WHEREAS, the parties previously stipulated to extend the deadline for filing responsive pleading to August 31, 2007; and

3  WHEREAS the parties desire to extend the date by which Defendant must file responsive pleading.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. The Defendant's last day to file responsive pleading to the Complaint is extended to September 28, 2007.

IT IS SO STIPULATED AND AGREED.

DATED: August 30, 2007

**COMMUNITIES FOR A BETTER ENVIRONMENT**

/s/
Philip Huang
Counsel for Plaintiff

DATED: August 30, 2007

**TRUTANICH • MICHEL, LLP**

/s/
W. Lee Smith
Counsel for Defendants

DATED: _Aug. 31_____, 2007

_____
Honorable [Judge Joseph C. Spero]
United States Magistrate Judge