# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO.  C 07-02768 JCS**

**CASE NAME:** COMMUNITIES FOR A BETTER ENVIRONMENT v. ACTION METAL

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: August 31, 2007     **TIME: 7 Mins** | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Philip Huang | **COUNSEL FOR DEFENDANT:**<br>W. Lee Smith *(T) |

| PROCEEDINGS: | RULING: |
|---|---|
| 1. Initial Case Management Conference | Held. |

**ORDERED AFTER HEARING:**

This case shall be mediated within 90days.
Formal discovery is limited only on liability issues and preliminary injunction issues before the next case management conference.
An updated joint case management conference statement shall be due by 11/28/7.
Any party wishing to appear telephonically at the next case management conference shall electronically submit a letter one (1) week prior to the hearing with a contact phone number. The Court will initiate the phone contact.

**ORDER TO BE PREPARED BY:**     () Plaintiff     () Defendant     (X) Court

**CASE CONTINUED TO:**   11/30/07 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| Number of Depos: | Number of Experts: | Discovery Cutoff: |
| Expert Disclosure: | Expert Rebuttal: | Expert Discovery Cutoff: |
| Motions Hearing:     at 9:30 a.m. | | Pretrial Conference:     at 1:30 p.m. |
| Trial Date:     at 8:30 a.m.  ()Jury   ()Court     Set for     days | | |

**cc:**     Chambers; Karen
* (T) = Telephonic Appearance