UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>        Plaintiff(s),<br><br>   v.<br><br>ACTION METAL RECYCLING INC,<br><br>        Defendant(s).<br>_____/ | Case No. C-07-02768 JCS<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a case management conference held on **August 31, 2007,**

IT IS HEREBY ORDERED THAT:

1. This case, already referred to the Court's ADR program for Mediation, shall be mediated within ninety (90) days. The parties shall promptly notify the Court whether the case is resolved at the Mediation.

2. Formal discovery is limited to the liability and preliminary injunction issues before the next case management conference.

3. An updated joint case management conference statement shall be due by **November 28, 2007.**

4. A further case management conference is set for **November 30, 2007, at 1:30 p.m.** Any party wishing to appear telephonically at the case management conference shall electronically submit a letter to the Court one (1) week prior to the hearing with a contact phone number. The Court will initiate the phone contact.

IT IS SO ORDERED.

Dated: September 4, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

2