C. D. Michel, S.B.N. 144258
cmichel@tmllp.com
W. Lee Smith, S.B.N. 196115
lsmith@tmllp.com
**TRUTANICH • MICHEL, LLP**
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone:  (562) 216-4444
Facsimile:    (562) 216-4445

Attorneys for Defendants
Action Metal Recycling, Inc.

### UNITED STATES DISTRICT COURT

### FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>　　　　Defendant. | CASE NO: C07-02768 JCS<br><br>**STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING & EXCHANGE OF RULE 26(a)(1) INITIAL DISCLOSURES**<br><br>*Pursuant to* Fed. R. Civ. P. 6(b)(1), Local Rule 6-1.<br><br>Magistrate Judge: Joseph C. Spero<br><br>(Federal Water Pollution Control Act, 33 U.S.C. §§ 1251 et seq.) |

　　IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that Plaintiff Communities for a Better Environment ("Plaintiff") and Defendant Action Metal Recycling, Inc. ("Defendant"), hereby stipulate and agree as follows:

　　WHEREAS, Plaintiff filed its Complaint against Defendant on May 25, 2007;

　　WHEREAS, Plaintiff served the Complaint on Defendant on July 13, 2007;

　　WHEREAS, the parties appeared before this Court for a Case Management Conference on August 31, 2007,

　　WHEREAS, the Court granted the parties ninety (90) days to mediate the

1. matter, continuing the Case Management Conference to November 30, 2007;
2.     WHEREAS, Plaintiff and Defendant are engaged in mediation pursuant to Local Rule 6-3(a) with a court appointed mediator;
3.     WHEREAS, the parties previously stipulated to extend the deadline for filing responsive pleading to August 31, 2007 and then to September 21, 2007;
4.     WHEREAS the parties previously stipulated to exchange initial disclosures by September 21, 2007;
5.     WHEREAS, the Defendant desires additional time to prepare and file responsive pleading in light of the mediation;
6.     WHEREAS, the parties desire additional time to prepare and exchange Federal Rules of Civil Procedure ("FRCP') Rule 26(a)(1) Initial Disclosures in light of the mediation; and
7.     WHEREAS, the parties desire to extend the date by which Defendant must file responsive pleading and to extend the date for the exchange of FRCP Rule 26(a)(1) Initial Disclosures.

NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE PARTIES HEREBY STIPULATE THAT:

1. The parties have extended the date for exchange of FRCP Rule 26(a)(1) Initial Disclosures to November 2, 2007; and

///
///
///
///
///
///
///
///
///

1  2.  The Defendant's last day to file responsive pleading to the Complaint
2  is extended to December 7, 2007.

3

4  IT IS SO STIPULATED AND AGREED.

5  DATED:  September 20, 2007  **COMMUNITIES FOR A BETTER ENVIRONMENT**

6

7

8  /s/
   Philip Huang
9  Counsel for Plaintiff

10

11 DATED:  September 20, 2007  **TRUTANICH • MICHEL, LLP**

12

13

14 /s/
   W. Lee Smith
   Counsel for Defendants

15

16 DATED:_____, 2007

17

18

19  _____

20
   Honorable Joseph C. Spero
21 United States Magistrate Judge

22

23

24

25

26

27

28

STIPULATION TO EXTEND TIME FOR
RESPONSIVE PLEADING C07-02768 JCS          3

1
2
3
4
5

6                    UNITED STATES DISTRICT COURT
7                FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

| | |
|---|---|
| 9  Communities for a Better Environment, a California non-profit corporation, | CASE NO: C07-02768 JCS |
| 10 | CERTIFICATE OF SERVICE |
| 11          Plaintiff, | |
| 12    v. | |
| 13 Action Metal Recycling, Inc., a California corporation, | |
| 14 | |
| 15          Defendant. | |

16 IT IS HEREBY CERTIFIED THAT:

17      I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach,
18 California, 90802.

19      I am not a party to the above-entitled action. I have caused service of:

20           **STIPULATION TO EXTEND TIME FOR FILING**
                         **RESPONSIVE PLEADING**
21
22 on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

23 Philip Huang
   Counsel for Plaintiff
24 E-Mail: phuang@cbecal.org

25      I declare under penalty of perjury that the foregoing is true and correct.

26      Executed on September 21, 2007.

27                                          /s/W. Lee Smith
                                            W. Lee Smith
28                                          Counsel for Defendant