1  C. D. Michel, S.B.N. 144258
   cmichel@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  TRUTANICH • MICHEL, LLP
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendants
   Action Metal Recycling, Inc.
7

**E-Filing**

8              UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | Communities for a Better              ) CASE NO: C07-02768 JCS
   | Environment, a California non-profit  )
12 | corporation,                          ) **STIPULATION TO EXTEND TIME**
   |                                       ) **FOR FILING RESPONSIVE**
13 |           Plaintiff,                  ) **PLEADING & EXCHANGE OF**
   |                                       ) **RULE 26(a)(1) INITIAL**
14 |    v.                                 ) **DISCLOSURES**
   |                                       )
15 | Action Metal Recycling, Inc., a       ) *Pursuant to* Fed. R. Civ. P. 6(b)(1),
   | California corporation,               ) Local Rule 6-1.
16 |                                       )
   |                                       ) Magistrate Judge: Joseph C. Spero
17 |           Defendant.                  )
   |                                       ) (Federal Water Pollution Control Act, 33
18 |                                       ) U.S.C. §§ 1251 et seq.)

19

20     IT IS HEREBY STIPULATED by and between the parties, through their

21 respective attorneys of record, that Plaintiff Communities for a Better Environment

22 ("Plaintiff") and Defendant Action Metal Recycling, Inc. ("Defendant"), hereby

23 stipulate and agree as follows:

24     WHEREAS, Plaintiff filed its Complaint against Defendant on May 25, 2007;

25     WHEREAS, Plaintiff served the Complaint on Defendant on July 13, 2007;

26     WHEREAS, the parties appeared before this Court for a Case Management

27 Conference on August 31, 2007,

28     WHEREAS, the Court granted the parties ninety (90) days to mediate the

1  matter, continuing the Case Management Conference to November 30, 2007;
2      WHEREAS, Plaintiff and Defendant are engaged in mediation pursuant to
3  Local Rule 6-3(a) with a court appointed mediator;
4      WHEREAS, the parties previously stipulated to extend the deadline for filing
5  responsive pleading to August 31, 2007 and then to September 21, 2007;
6      WHEREAS the parties previously stipulated to exchange initial disclosures by
7  September 21, 2007;
8      WHEREAS, the Defendant desires additional time to prepare and file
9  responsive pleading in light of the mediation;
10     WHEREAS, the parties desire additional time to prepare and exchange
11 Federal Rules of Civil Procedure ("FRCP') Rule 26(a)(1) Initial Disclosures in
12 light of the mediation; and
13     WHEREAS, the parties desire to extend the date by which Defendant must file
14 responsive pleading and to extend the date for the exchange of FRCP Rule 26(a)(1)
15 Initial Disclosures.
16     NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE
17 PARTIES HEREBY STIPULATE THAT:
18     1.    The parties have extended the date for exchange of FRCP Rule
19 26(a)(1) Initial Disclosures to November 2, 2007; and
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO EXTEND TIME FOR
RESPONSIVE PLEADING C07-02768 JCS    2

1  2.  The Defendant's last day to file responsive pleading to the Complaint
2  is extended to December 7, 2007.

IT IS SO STIPULATED AND AGREED.

DATED:   September 20, 2007   **COMMUNITIES FOR A BETTER ENVIRONMENT**

/s/
Philip Huang
Counsel for Plaintiff

DATED:   September 20, 2007   **TRUTANICH • MICHEL, LLP**

/s/
W. Lee Smith
Counsel for Defendants

DATED:  9/27, 2007

_____
Honorable Joseph C. Spero
United States Magistrate Judge

STIPULATION TO EXTEND TIME FOR
RESPONSIVE PLEADING C07-02768 JCS          3