```
 1  C. D. Michel, S.B.N. 144258
    cmichel@tmllp.com
 2  W. Lee Smith, S.B.N. 196115
    lsmith@tmllp.com
 3  TRUTANICH • MICHEL, LLP
    180 E. Ocean Blvd., Suite 200
 4  Long Beach, CA 90802
    Telephone:  (562) 216-4444
 5  Facsimile:   (562) 216-4445

 6  Attorneys for Defendants
    Action Metal Recycling, Inc.
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| Communities for a Better Environment, a California non-profit corporation, | CASE NO: C07-02768 JCS |
|---|---|
| Plaintiff, | **STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING & EXCHANGE OF RULE 26(a)(1) INITIAL DISCLOSURES** |
| v. | *Pursuant to* Fed. R. Civ. P. 6(b)(1), Local Rule 6-1. |
| Action Metal Recycling, Inc., a California corporation, | Magistrate Judge: Joseph C. Spero |
| Defendant. | (Federal Water Pollution Control Act, 33 U.S.C. §§ 1251-1376) |

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that Plaintiff Communities for a Better Environment ("Plaintiff") and Defendant Action Metal Recycling, Inc. ("Defendant"), hereby stipulate and agree as follows:

WHEREAS, Plaintiff filed its Complaint against Defendant on May 25, 2007;

WHEREAS, Plaintiff served its Complaint on Defendant on July 13, 2007;

WHEREAS, the parties appeared before this Court for a Case Management Conference on August 31, 2007,

WHEREAS, at the August 31, 2007 Case Management Conference, the Court

1 granted the parties ninety (90) days to mediate the matter, continuing the Case
2 Management Conference to November 30, 2007;
3  WHEREAS, Plaintiff and Defendant are engaged in mediation pursuant to
4 Local Rule 6-3(a) with a court appointed mediator;
5  WHEREAS, the parties had a pre-mediation teleconference with the mediator
6 on September 18, 2007, with the parties agreeing to attend a mediation session on
7 October 17, 2007;
8  WHEREAS, Philip Huang, counsel for Plaintiff in this matter, unexpectedly
9 left Plaintiff's employ two days before the parties were to attend the October 17,
10 2007 mediation session;
11  WHEREAS, Plaintiff's other attorney of record, Shana Lazerow, was
12 representing Plaintiff in front of Judge McKnew in Los Angeles Superior Court on
13 October 17, 2007 (case number BS110792), and was therefore unavailable for the
14 scheduled mediation session;
15  WHEREAS, the earliest date the mediation session could be rescheduled was
16 November 14, 2007;
17  WHEREAS, the parties previously stipulated to extend the deadline for filing
18 responsive pleading to August 31, 2007, then to September 21, 2007, and then to
19 December 7, 2007;
20  WHEREAS, the parties previously stipulated to extend the deadline for
21 exchanging Federal Rules of Civil Procedure Rule 26(a)(1) Initial Disclosures
22 ("Initial Disclosures") to September 21, 2007, and then to November 2, 2007;
23  WHEREAS, in light of the four week delay resulting from the rescheduling of
24 the mediation session, the parties desire to extend the date by which Defendant
25 must file responsive pleading and to extend the date by which the parties must
26 exchange FRCP Rule 26(a)(1) Initial Disclosures.
27  NOW, THEREFORE, BASED ON THE FOREGOING FACTS, THE
28 PARTIES HEREBY STIPULATE THAT:

1   1.   The parties have extended the date by which Initial Disclosures must
2   be exchanged to November 30, 2007; and
3   2.   The Defendant's last day to file responsive pleading to the Complaint
4   is extended to January 4, 2008.

IT IS SO STIPULATED AND AGREED.

DATED: October 22, 2007           **COMMUNITIES FOR A BETTER ENVIRONMENT**

/s/
Shana Lazerow
Counsel for Plaintiff


DATED: October 22, 2007           **TRUTANICH • MICHEL, LLP**

/s/
W. Lee Smith
Counsel for Defendants


DATED: _____10/23_____, 2007

Honorable _____ Spero
United States Magistrate Judge

*[Seal: United States District Court, Northern District of California — Judge Joseph C. Spero]*

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>Plaintiff,<br><br>v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>Defendant. | CASE NO: C07-02768 JCS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

I am not a party to the above-entitled action. I have caused service of:

**STIPULATION TO EXTEND TIME FOR FILING RESPONSIVE PLEADING AND INITIAL DISCLOSURES**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Shana Lazerow
Counsel for Plaintiff
E-Mail: slazerow@cbecal.org

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 23, 2007.

/s/W. Lee Smith
W. Lee Smith
Counsel for Defendant