```
 1  C.D. Michel, S.B.N. 144258
    ctrutanich@tmllp.com
 2  W. Lee Smith, S.B.N. 196115
    lsmith@tmllp.com
 3  TRUTANICH • MICHEL, LLP
    180 E. Ocean Blvd., Suite 200
 4  Long Beach, CA 90802
    Telephone:  (562) 216-4444
 5  Facsimile:   (562) 216-4445

 6  Attorneys for Defendant
    Action Metal Recycling, Inc.
 7
```

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>    Plaintiff,<br><br>v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>    Defendant. | CASE NO: C07-02768 JCS<br><br>**APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**<br><br>*Pursuant to* Local Rule 16-10(a).<br><br>Magistrate Judge: Joseph C. Spero<br><br>Complaint Filed: June 25, 2007<br>Trial Date:      None<br><br>CMC Date:   November 30, 2007<br>Time:          1:30 p.m. |

TO THE PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

Defendant Action Metal Recycling, Inc. ("Action"), by and through its attorney of record, W. Lee Smith of Trutanich • Michel, LLP ("TM"), respectfully submits the following Application for Order Excusing Personal Appearance of Action's Attorney and Request for Telephonic Appearance at Case Management Conference ("CMC") scheduled for November 30, 2007, at 1:30 p.m., before the Honorable Joseph C. Spero.

1. TM is located in Long Beach, California. If W. Lee Smith (the case

manager for this matter) travels to and from San Francisco to participate in the CMC, he will likely spend nearly a whole business day traveling, if not more.

2. The cost of Mr. Smith's time spent traveling and the cost of transportation will be out of proportion to size of the matter and the pecuniary relief sought, especially in light of the fact that the parties are actively discussing the potential for a settlement agreement.

3. For the reasons set forth above, we request the Court excuse Action's attorney from personally attending the November 30, 2007, CMC and instead allow Action's attorney to participate in the CMC by telephone.

Based on the foregoing, Action requests this Application for an Order Excusing Personal Appearance of Action's Attorney and Request for Telephonic Appearance at the Case Management Conference at the November 30, 2007 CMC be granted.

Respectfully submitted,

DATED: November 21, 2007      **TRUTANICH • MICHEL, LLP**

/s/
_____
W. Lee Smith
Counsel for Defendants

1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>    Defendant. | CASE NO: C07-02768 JCS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

    I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

    I am not a party to the above-entitled action. I have caused service of:

**APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE MANAGEMENT CONFERENCE**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Shana Lazerow
Counsel for Plaintiff
E-Mail: slazerow@cbecal.org

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed on November 21, 2007.

2

3 | /s/W. Lee Smith
W. Lee Smith
Counsel for Defendant

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR        4