C.D. Michel, S.B.N. 144258
ctrutanich@tmllp.com
W. Lee Smith, S.B.N. 196115
lsmith@tmllp.com
**TRUTANICH • MICHEL, LLP**
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone:  (562) 216-4444
Facsimile:   (562) 216-4445

Attorneys for Defendant
Action Metal Recycling, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation, | CASE NO: C07-02768 JCS |
| Plaintiff, | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND REQUEST TO TELEPHONICALLY APPEAR AT CASE  MANAGEMENT CONFERENCE |
| v. | |
| Action Metal Recycling, Inc., a California corporation, | Magistrate Judge: Joseph C. Spero |
| Defendant. | Complaint Filed: June 25, 2007 |
| | Trial Date:       None |
| | CMC Date:   November 30, 2007 |
| | Time:          1:30 p.m. |

The Application of Action Metal Recycling, Inc. ("Action") for an order excusing the personal appearance of Action's counsel at the November 30, 2007 Case Management Conference in the above-captioned case, and instead allowing counsel to appear telephonically, was presented to the Honorable Joseph C. Spero, presiding.

/ / /

/ / /

/ / /

1  Good cause appearing, IT IS HEREBY ORDERED that the Application of Action is

2  GRANTED; Action's counsel may telephonically appear at the November 30, 2007

3  Case Management Conference.  The Court will initiate the phone contact.

4

5  Date:  November 26, 2007

6                                                                      Hon.

7                                                                      United States Court Magistrate
                                                                       Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR                                2

1
2
3
4
5
6
7

8
UNITED STATES DISTRICT COURT

9
FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11
Communities for a Better
Environment, a California non-profit
12
corporation,

13
Plaintiff,

14
v.

15
Action Metal Recycling, Inc., a
California corporation,

16

17
Defendant.

CASE NO: C07-02768 JCS

CERTIFICATE OF SERVICE

18
IT IS HEREBY CERTIFIED THAT:

19
I, the undersigned, am a citizen of the United States and am at least eighteen
years of age.  My business address is 180 E. Ocean Blvd., Suite 200, Long Beach,
20
California, 90802.

21
I am not a party to the above-entitled action.  I have caused service of:

22
**[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER**
**EXCUSING PERSONAL APPEARANCE OF ACTION'S ATTORNEY AND**
23
**REQUEST TO TELEPHONICALLY APPEAR AT CASE  MANAGEMENT**
**CONFERENCE**

24
on the following party by electronically filing the foregoing with the Clerk of the
25
District Court using its ECF System, which electronically notifies them.

26
Shana Lazerow
Counsel for Plaintiff
27
E-Mail: slazerow@cbecal.org

28

[PROPOSED] ORDER GRANTING APPLICATION FOR ORDER EXCUSING PERSONAL
APPEARANCE & REQUEST TO TELE. APPEAR          3

1   I declare under penalty of perjury that the foregoing is true and correct.
2        Executed on November 21, 2007.

3                                    /s/
                                    W. Lee Smith
4                                    Counsel for Defendant

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28