1  Shana Lazerow, State Bar No. 195491
   COMMUNITIES FOR A BETTER ENVIRONMENT
2  1400 Broadway, Suite 701
   Oakland, California 94612
3  Tel: (510) 302-0430
   Fax: (510) 302-0438
4  slazerow@cbecal.org

5  Attorneys for Plaintiff
   COMMUNITIES FOR A BETTER ENVIRONMENT

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation,<br><br>           Plaintiff,<br><br>     vs.<br><br>ACTION METAL RECYCLING, INC., a corporation,<br><br>           Defendant. | CASE NO. C 07-02768 JCS<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>**Magistrate Judge: Joseph C. Spero**<br><br>**Complaint Filed: June 25, 2007**<br>**Trial Date: None** |

Case No. CV 07-02768 JCS

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT attorney Philip Huang is no longer counsel in the above captioned case. He is no longer affiliated with Communities for a Better Environment ("CBE") and no longer authorized to represent CBE in this action. Shana Lazerow will continue to represent CBE in this matter.

Respectfully submitted,

Dated: November 27, 2007          _____/s/_____
                                  Shana Lazerow[1]
                                  Communities for a Better Environment

---

[1] Pursuant to General Order 45 IX, this action being designated for electronic filing, the above document is deemed served on Defendant upon filing via the ECF.

NOTICE OF CHANGE OF COUNSEL          -2-
Case No. C07-02768 JCS