1  Shana Lazerow, State Bar No. 195491
   COMMUNITIES FOR A BETTER ENVIRONMENT
2  1400 Broadway, Suite 701
   Oakland, California 94612
3  Tel: (510) 302-0430
   Fax: (510) 302-0438
4  slazerow@cbecal.org

5  Attorneys for Plaintiff
   COMMUNITIES FOR A BETTER ENVIRONMENT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>ACTION METAL RECYCLING, INC., a corporation,<br><br>Defendant. | CASE NO. C 07-02768 JCS<br><br>**APPLICATION FOR ORDER EXCUSING PERSONAL APPEARANCE BY PLAINTIFF'S ATTORNEY AND REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**Local Rule 16-10(a)**<br><br>**Magistrate Judge: Joseph C. Spero**<br><br>**Complaint Filed: June 25, 2007**<br>**Trial Date: None**<br><br>**CMC Date: November 30, 2007**<br>**Time: 1:30pm** |

Case No. CV 07-02768 JCS

1   TO THE PARTIES, THEIR ATTORNEYS OF RECORD, AND THE COURT:

2   Plaintiff Communities for a Better Environment ("Plaintiff"), by and through its attorney of

3   record Shana Lazerow, respectfully submits the following Application for an Order Excusing

4   Personal Appearance and Request for Telephonic Appearance at the subsequent case management

5   conference scheduled for November 30, 2007.

6      Due to a personal emergency, Plaintiff's attorney, Shana Lazerow, is unable to appear

7   personally in court this Friday, November 30, 2007.  Plaintiff is no longer represented by Philip

8   Huang, whose employment terminated recently.  Plaintiff submits herewith a notice of change of

9   counsel documenting Mr. Huang's change of status.

10     Since Plaintiff's only attorney is unable to attend in person, Plaintiff respectfully requests

11  that the Court excuse Ms. Lazerow from personal appearance at the case management conference.

12  CBE further requests that the Court allow her to participate telephonically from the following

13  number: (415) 217-9584.

14                                    Respectfully submitted,

15

16  Dated: November 27, 2007              _____/s/_____
                                          Shana Lazerow[1]
17                                        Communities for a Better Environment

---

[1] Pursuant to General Order 45 IX, this action being designated for electronic filing, the above document is deemed served on Defendant upon filing via the ECF.

PLAINTIFF'S REQUEST TO APPEAR
TELEPHONICALLY                    -2-
Case No. C07-02768 JCS