1
2
3
4
5
6
7
8

9 **UNITED STATES DISTRICT COURT**

10 **NORTHERN DISTRICT OF CALIFORNIA**

11 **SAN FRANCISCO DIVISION**

12

| | |
|---|---|
| 13  COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation, | CASE NO. C 07-02768 JCS |
| 15         Plaintiff, | **[Proposed] ORDER EXCUSING PERSONAL APPEARANCE BY PLAINTIFF'S ATTORNEY AND REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE** |
| 16  vs. | |
| 17  ACTION METAL RECYCLING, INC., a corporation, | |
| | **Local Rule 16-10(a)** |
| 19 | **Magistrate Judge: Joseph C. Spero** |
| 20         Defendant. | |
| 21 | **Complaint Filed: June 25, 2007**  **Trial Date:  None** |
| 22 | **CMC Date: November 30, 2007**  **Time:  1:30pm** |

25
26
27
28

Case No. CV 07-02768 JCS

1  Good cause appearing therefore, IT IS HEREBY ORDERED that the application and request by
2  Communities for a Better Environment for an order excusing personal appearance and instead
3  permitting its attorney to appear telephonically at the subsequent case management conference
4  scheduled for November 30, 2007 at 1:30 pm is GRANTED.  The Court will initiate phone
5  contact with Plaintiff's attorney, Shana Lazerow, at (415) 217-9584.

Dated: _____
Honorable Joseph C. Spero
United States District Court Magistrate Judge

[Proposed] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE
-2-
Case No. C07-02768 JCS