1
2
3
4
5
6
7
8

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation,<br><br>                    Plaintiff,<br><br>vs.<br><br>ACTION METAL RECYCLING, INC., a corporation,<br><br>                    Defendant. | CASE NO. C 07-02768 JCS<br><br>[Proposed] ORDER EXCUSING PERSONAL APPEARANCE BY PLAINTIFF'S ATTORNEY AND REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE<br><br>**Local Rule 16-10(a)**<br><br>**Magistrate Judge: Joseph C. Spero**<br><br>**Complaint Filed: June 25, 2007**<br>**Trial Date:  None**<br><br>**CMC Date: November 30, 2007**<br>**Time:  1:30pm** |

Case No. CV 07-02768 JCS

1  Good cause appearing therefore, IT IS HEREBY ORDERED that the application and request by
2  Communities for a Better Environment for an order excusing personal appearance and instead
3  permitting its attorney to appear telephonically at the subsequent case management conference
4  scheduled for November 30, 2007 at 1:30 pm is GRANTED.  The Court will initiate phone
5  contact with Plaintiff's attorney, Shana Lazerow, at (415) 217-9584.

Dated:    November 27, 2007



_____
Honor
United                                    rate Judge

[Proposed] ORDER GRANTING PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE
-2-
Case No. C07-02768 JCS