Shana Lazerow, State Bar No. 195491
COMMUNITIES FOR A BETTER ENVIRONMENT
1440 Broadway, Suite 701
Oakland, California 94612
Tel: (510) 302-0430
Fax: (510) 302-0438

Attorneys for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation;<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>ACTION METAL RECYCLING, INC., a California corporation<br><br>　　　　Defendant | Case No. C 07 02768 JCS<br><br>SUPPLEMENTAL JOINT CASE MANAGEMENT CONFERENCE STATEMENT AND PROPOSED ORDER<br><br>Judge: Hon. Joseph C. Spero<br><br>Case Mgmt. Conf. Date: November 30, 2007<br>Case Mgmt. Conf. Time: 1:30 p.m. |

　　　　Pursuant to Local Civil Rule 16-10, Plaintiff Communities for a Better Environment ("CBE"), and Defendant Action Metal Recycling, Inc. ("Action Metal"), respectfully submit their Supplemental Case Management Conference Statement and Proposed Order.

　　　　1.　　The Parties have made the following progress since the last case management statement was filed:

　　　　The Parties have been working in good faith to reach a settlement of the action. Plaintiff sent Defendant a written settlement offer in August 2007. In November 2007, the Parties participated in a productive mediation session. The Parties have exchanged draft

SUPPLEMENTAL CASE MANAGEMENT STATEMENT
Case No. C 07-02768 JCS

settlement documents, and believe they are making progress toward settlement.  As a result, and in order to spare the costs and court time involved in discovery and motion practice, they have stipulated in principle to further extensions of the deadlines for responsive pleading and initial disclosures.

    2.    The Parties jointly request the Court to make the following Supplemental Case Management Order:

- The Parties shall exchange initial disclosures on January 4, 2008
- Defendant shall file a responsive pleading on February 1, 2008.

Dated: November 27, 2007    \_\_\_\_\_/s/_____
Shana Lazerow[1]
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT

Dated: November 27, 2007    \_\_\_\_\_/s/_____
W. Lee Smith
TRUTANICH MICHEL, LLP
Attorney for Defendant
ACTION METAL RECYCLING, INC

**IT IS SO ORDERED.**

Date: _____    _____
Honorable Joseph C. Spero
United States Magistrate Judge

---

[1] As the filing attorney, I certify that counsel for Action Metal has authorized me to file this document with his signature.  Pursuant to General Order 45 IX, this action being designated for electronic filing, the above document is deemed served on Defendant upon filing via the ECF.

SUPPLEMENTAL CASE MANAGEMENT STATEMENT
Case No. C 07-02768 JCS