```
                                              FILED
                                              NOV 2 6 2007
                                              RICHARD W. WIEKING
                                              CLERK U.S. DISTRICT COURT
                                              NORTHERN DISTRICT OF CALIFORNIA
```

# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Communities for a Better Environment, | No. C 07-02768 JCS MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Action Metal Recycling, Inc., | |
| Defendant(s). | |

*Instructions:* **The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.**

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) _11/14/07_

2. Did the case settle?    ☐ fully    ☒ partially    ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☒ phone discussions expected by (date) _11/20/07_ _between counsel, to finalize — no mediator._

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**    ☒ YES    ☐ NO

Dated: _11/15/07_

_____
Mediator, David Roe
Law Offices of David Roe
1061 Walker Ave.
Oakland, CA 94610

**Certification of ADR Session**
07-02768 JCS MED