# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## CIVIL MINUTE ORDER

**CASE NO. C 07-02768 JCS**

**CASE NAME: COMMUNITIES FOR A BETTER ENVIRONMENT v. ACTION METAL**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY**: Karen Hom |
| **DATE**: Nov. 30, 2007   **TIME**: 2 Mins | **COURT REPORTER**: Not Recorded |
| **COUNSEL FOR PLAINTIFF:**<br>Shana Lazero *(T) | **COUNSEL FOR DEFENDANT:**<br>W. Lee Smith *(T) |

**PROCEEDINGS:**  **RULING:**

1. Further Case Management Conference   Held.

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**   () Plaintiff   () Defendant   (X) Court

**CASE CONTINUED TO:** 1/11/08 at 1:30 p.m., for a further case mgmt conference and report on status of settlement.

**Number of Depos:**   **Number of Experts:**   **Discovery Cutoff:**

**Expert Disclosure:**   **Expert Rebuttal:**   **Expert Discovery Cutoff:**

**Motions Hearing:**   at 9:30 a.m.   **Pretrial Conference:**   at 1:30 p.m.

**Trial Date:**   at 8:30 a.m. ()Jury   ()Court   Set for   days

**cc:**   **Chambers; Karen**
* (T) = Telephonic Appearance