UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>             Plaintiff(s),<br><br>      v.<br><br>ACTION METAL RECYCLING INC,<br><br>             Defendant(s). | Case No. C-07-02768 JCS<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **November 30, 2007,**

IT IS HEREBY ORDERED THAT:

a further case management conference to report on the status of the settlement is set for **January 11, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated:  December 4, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

fcmcpto 12-4-7.wpd