1  C. D. Michel, S.B.N. 144258
   cmichel@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  **TRUTANICH • MICHEL, LLP**
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendant
   Action Metal Recycling, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9          **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10

11 | Communities for a Better Environment, a California non-profit corporation, | ) CASE NO: C07-02768 JCS
12 |  | )
13 |        Plaintiff, | ) **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**
14 | v. | ) *Pursuant to* Civil Local Rule 16-10(d)
15 | Action Metal Recycling, Inc., a California corporation, | ) Magistrate Judge: Joseph C. Spero
16 |  | )
17 |        Defendant. | ) Date:   January 11, 2008
18 |  | ) Time:  1:30 p.m.

19     Pursuant to Civil Local Rule 16-10(d) Plaintiff Communities for a Better
20 Environment ("Plaintiff") and Defendant Action Metal Recycling, Inc.
21 ("Defendant") (collectively the "Parties") hereby submit the following Case
22 Management Statement.
23     1.   The Parties continue to work in good faith attempting to reach a
24 settlement of this Action.
25     2.   The Parties participated in a productive mediation session in
26 November 2007, and since that time have had multiple discussions regarding
27 settlement offers made by Plaintiff.
28     3.   The Plaintiff's most recent settlement offer (*i.e.*, a proposed consent

                                         1

decree) was presented to Defendant on or about November 26, 2007, and was formally rejected by Defendant on December 18, 2007; the Parties agreed, however, that Plaintiff would present a revised proposed consent decree to Defendant (and that Defendant would give good faith consideration thereto) prior to the Case Management Conference scheduled in this matter for January 11, 2008.

DATED: December 27, 2007  **COMMUNITIES FOR A BETTER ENVIRONMENT**

s/Shana Lazerow
Counsel for Plaintiff
E-mail: slazerow@cbecal.org

DATED: December 27, 2007  **TRUTANICH • MICHEL, LLP**

s/W.Lee Smith
Counsel for Defendant
E-mail: lsmith@tmllp.com

1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                 FOR THE NORTHERN DISTRICT OF CALIFORNIA
8

9  | Communities for a Better              ) CASE NO: C07-02768 JCS
10 | Environment, a California non-profit   )
   | corporation,                           ) CERTIFICATE OF SERVICE
11 |                                        )
   |          Plaintiff,                    )
12 |                                        )
   |     v.                                 )
13 |                                        )
   | Action Metal Recycling, Inc., a        )
14 | California corporation,                )
   |                                        )
15 |          Defendant.                    )
   |                                        )

16   IT IS HEREBY CERTIFIED THAT:

17       I, the undersigned, am a citizen of the United States and am at least eighteen
     years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach,
18   California, 90802.

19       I am not a party to the above-entitled action. I have caused service of:

20   **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT**

21   on the following party by electronically filing the foregoing with the Clerk of the
     District Court using its ECF System, which electronically notifies them.
22
     Shana Lazerow
23   Counsel for Plaintiff
     E-Mail: slazerow@cbecal.org
24
         I declare under penalty of perjury that the foregoing is true and correct.
25
         Executed on December 27, 2007.
26
                                            s/W. Lee Smith
27                                          Counsel for Defendant

28

3