# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# <u>CIVIL MINUTE ORDER</u>

**CASE NO.: C07-2768 JCS**

**CASE NAME: Communities For A Better Environment v. Action Metal Recycling**

| | |
|---|---|
| **MAGISTRATE JUDGE JOSEPH C. SPERO** | **COURTROOM DEPUTY: Karen Hom** |
| **DATE: January 11, 2008   TIME: 3 mins** | **COURT REPORTER:** <u>Not Recorded</u> |
| **COUNSEL FOR PLAINTIFF:**<br>Shana Lazerow | **COUNSEL FOR DEFENDANT:**<br>W. Lee Smith & Scott Franklin* (T) |

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference | Held |

**ORDERED AFTER HEARING:**

Formal discovery is STAYED.
Parties must seek leave of Court before filing any summary judgment motions.
Updated joint case management conference statement due on 2/1/8.

**ORDER TO BE PREPARED BY:  ( ) Plaintiff    ( ) Defendant    (X) Court**

**CASE CONTINUED TO: 02/08/08 at 1:30 p.m., for a further case mgmt conference.**

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** |
| **Expert Disclosure:** | **Expert Rebuttal** | **Expert Discovery Cutoff:** |
| **Motions Hearing**     at 9:30 a.m. | | **Pretrial Conference**     at 1:30 p.m. |
| **Trial Date:**     at 8:30 a.m.  ( ) Jury  ( ) Court | Set for | Days |

CC:      Chambers
T = Telephonic