**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>           Plaintiff(s),<br><br>      v.<br><br>ACTION METAL RECYCLING INC,<br><br>           Defendant(s).<br>_____/ | Case No. C-07-02768 JCS<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **January 11, 2008,**

IT IS HEREBY ORDERED THAT:

1. Formal discovery is STAYED.

2. No summary judgment motions may be filed without leave of Court.

3. An updated joint case management conference statement shall be due by **February 1, 2008.**

4. A further case management conference is set for **February 8, 2008.**

IT IS SO ORDERED.

Dated: January 15, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge