**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**CIVIL MINUTE ORDER**

**CASE NO.: C07-2768 JCS**

**CASE NAME: Communities For A Better Environment v. Action Metal Recycling**

**MAGISTRATE JUDGE JOSEPH C. SPERO** **COURTROOM DEPUTY: Karen Hom**

**DATE: Feb. 8, 2008** **TIME: 5 mins** **COURT REPORTER: Not Recorded**

**COUNSEL FOR PLAINTIFF:**
**Shana Lazerow**

**COUNSEL FOR DEFENDANT:**
**W. Lee Smith* (T)**

---

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Further Case Management Conference | Held |

**ORDERED AFTER HEARING:**
Parties have until 2/29/8 to settle this case. A joint updated case management conference statement with proposed dates for the remainder of the case shall be due by 2/22/8.

**ORDER TO BE PREPARED BY: ( ) Plaintiff ( ) Defendant (X ) Court**

**CASE CONTINUED TO: 02/29/08 at 1:30 p.m., for a further case mgmt conference.**

**Number of Depos:** **Number of Experts:** **Discovery Cutoff:**

**Expert Disclosure:** **Expert Rebuttal** **Expert Discovery Cutoff:**

**Motions Hearing** **at 9:30 a.m.** **Pretrial Conference** **at 1:30 p.m.**

**Trial Date:** **at 8:30 a.m. ( ) Jury ( ) Court** **Set for** **Days**

cc: Chambers
T = Telephonic