**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT,<br><br>             Plaintiff(s),<br><br>     v.<br><br>ACTION METAL RECYCLING INC,<br><br>             Defendant(s).<br>_____/ | Case No. C-07-02768 JCS<br><br>**FURTHER CASE MANAGEMENT AND PRETRIAL ORDER** |

Following a further case management conference held on **February 8, 2008,**

IT IS HEREBY ORDERED THAT:

1.  The parties shall have thirty (30) days to settle this case.

2.  An updated joint case management conference statement, with proposed dates for the remainder of the case, shall be due by **February 22, 2008.**

4.  A further case management conference is set for **February 29, 2008, at 1:30 p.m.**

IT IS SO ORDERED.

Dated: February 12, 2008

_____
JOSEPH C. SPERO
United States Magistrate Judge