1  Shana Lazerow, State Bar No. 195491
   COMMUNITIES FOR A BETTER ENVIRONMENT
2  1440 Broadway, Suite 701
   Oakland, California 94612
3  Tel: (510) 302-0430
   Fax: (510) 302-0438
4
   Attorneys for Plaintiff
5  COMMUNITIES FOR A BETTER ENVIRONMENT

6

7

8              **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA**

10             **SAN FRANCISCO DIVISION**

11

12 | COMMUNITIES FOR A BETTER ENVIRONMENT, a California non-profit corporation, | CASE NO. C 07-02768 JCS |
   |---|---|
   | Plaintiff, | |
   | vs. | **NOTICE OF SETTLEMENT; JOINT REQUEST TO VACATE DATES** |
   | ACTION METAL RECYCLING, INC., a California corporation, | |
   | Defendant. | |

Case No. CV 07-02768 JCS

1   WHEREAS, on February 21, 2008, Communities for a Better Environment and Action Metal Recycling, Inc. (the "Parties") agreed to the terms of a settlement;

WHEREAS, the Parties are in process of finalizing this settlement in the form of a Consent Agreement;

WHEREAS, upon execution, the Parties will submit the Consent Agreement to the Department of Justice for 45 day review as required by the federal Clean Water Act, 33 U.S.C. 1365 and 40 C.F.R. 135.5;

WHEREAS, upon execution, the Parties will submit the Consent Agreement to this Court for review and approval;

Therefore, the Parties now respectfully request this Court vacate all pending dates for this action, including the February 22, 2008, case management statement filing deadline and the February 29, 2008, case management conference.

Dated: February 21, 2008    _____/s/_____
Shana Lazerow[1]
Attorney for Plaintiff
COMMUNITIES FOR A BETTER ENVIRONMENT


Dated: February 21, 2008    _____/s/_____
W. Lee Smith
TRUTANICH MICHEL, LLP
Attorney for Defendant
ACTION METAL RECYCLING, INC


**IT IS SO ORDERED.**


Date: _____    _____
Honorable Joseph C. Spero
United States Magistrate Judge

---

[1] As the filing attorney, I certify that counsel for Action Metal has authorized me to file this document with his signature. Pursuant to General Order 45 IX, this action being designated for electronic filing, the above document is deemed served on Defendant upon filing via the ECF.

-2-

Case No. C07-02768 JCS