1  Shana Lazerow, State Bar No. 195491
   COMMUNITIES FOR A BETTER ENVIRONMENT
2  1440 Broadway, Suite 701
   Oakland, California  94612
3  Tel: (510) 302-0430
   Fax: (510) 302-0438
4
   Attorneys for Plaintiff
5  COMMUNITIES FOR A BETTER ENVIRONMENT

6

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10  **SAN FRANCISCO DIVISION**

11

12  COMMUNITIES FOR A BETTER                    CASE NO. C 07-02768 JCS
    ENVIRONMENT, a California non-profit
13  corporation,

14              Plaintiff,

15       vs.                                    **NOTICE OF SETTLEMENT;**
                                                **JOINT REQUEST TO VACATE DATES**
16

17  ACTION METAL RECYCLING, INC., a
    California corporation,
18

19              Defendant.

20

Case No. CV 07-02768 JCS

1     WHEREAS, on February 21, 2008, Communities for a Better Environment and Action
2  Metal Recycling, Inc. (the "Parties") agreed to the terms of a settlement;
3     WHEREAS, the Parties are in process of finalizing this settlement in the form of a
4  Consent Agreement;
5     WHEREAS, upon execution, the Parties will submit the Consent Agreement to the
6  Department of Justice for 45 day review as required by the federal Clean Water Act, 33 U.S.C.
7  1365 and 40 C.F.R. 135.5;
8     WHEREAS, upon execution, the Parties will submit the Consent Agreement to this Court
9  for review and approval;
10    Therefore, the Parties now respectfully request this Court vacate all pending dates for this
11 action, including the February 22, 2008, case management statement filing deadline and the
12 February 29, 2008, case management conference.

13

14 Dated: February 21, 2008     _____/s/_____
                                Shana Lazerow[1]
15                              Attorney for Plaintiff
                                COMMUNITIES FOR A BETTER ENVIRONMENT
16

17

18
   Dated: February 21, 2008     _____/s/_____
19                              W. Lee Smith
                                TRUTANICH MICHEL, LLP
20                              Attorney for Defendant
                                ACTION METAL RECYCLING, INC
21

22
   **IT IS SO ORDERED.**
23

24 Date: __2/25/08_____      _____
                              Honorable
25                            United States Magistrate Judge

26
   _____
27 [1] As the filing attorney, I certify that counsel for Action Metal has authorized me to file this document with his
   signature. Pursuant to General Order 45 IX, this action being designated for electronic filing, the above document is
28 deemed served on Defendant upon filing via the ECF.

                                        -2-
Case No. C07-02768 JCS