UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COMMUNITIES FOR A BETTER ENVIRONMENT, | No. C 07-02768 (JCS) |
| Plaintiff(s), | CLERK'S NOTICE |
| v. | |
| ACTION METAL RECYCLING INC, | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference before Magistrate Judge Spero previously noticed for February 29, 2008, at 1:30 p.m., has been reset to **May 9, 2008, at 1:30 p.m.,** Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. The joint updated case management conference statement shall be due by May 2, 2008. Any party requesting a continuance shall submit a stipulation and proposed order.

Dated: February 25, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy