| | |
|---|---|
| 1 | C. D. Michel, S.B.N. 144258 |
| | cmichel@tmllp.com |
| 2 | W. Lee Smith, S.B.N. 196115 |
| | lsmith@tmllp.com |
| 3 | **TRUTANICH • MICHEL, LLP** |
| | 180 E. Ocean Blvd., Suite 200 |
| 4 | Long Beach, CA 90802 |
| | Telephone:  (562) 216-4444 |
| 5 | Facsimile:   (562) 216-4445 |
| 6 | Attorneys for Defendant |
| | Action Metal Recycling, Inc. |

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Communities for a Better Environment, a California non-profit corporation, | ) ) ) ) | CASE NO: C07-02768 JCS |
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER RE: LODGING OF EXECUTED CONSENT AGREEMENT FOR COURT APPROVAL AND JOINT REQUEST TO TAKE MAY 9, 2008, CASE MANAGEMENT CONFERENCE OFF CALENDAR** |
| v. | ) ) ) | |
| Action Metal Recycling, Inc., a California corporation, | ) ) ) | |
| | ) | Magistrate Judge: Joseph C. Spero |
| Defendant. | ) ) ) | Date:   May 9, 2008 Time:   1:30 p.m. |

Based on the Parties' Lodgement of an executed Consent Agreement for review and approval, and good cause having been shown thereby, this Court hereby orders the May 9, 2008, Case Management Conference be taken off calendar.

**IT IS SO ORDERED.**

Date: April ___, 2008

_____
Joseph C. Spero
United States Magistrate Judge

1

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>　　　　Defendant. | CASE NO: C07-02768 JCS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

　　I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 180 E. Ocean Blvd., Suite 200, Long Beach, California, 90802.

　　I am not a party to the above-entitled action. I have caused service of:

**[PROPOSED] ORDER RE: LODGING OF EXECUTED CONSENT AGREEMENT FOR COURT APPROVAL AND JOINT REQUEST TO TAKE MAY 9, 2008, CASE MANAGEMENT CONFERENCE OFF CALENDAR**

on the following party by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Shana Lazerow
Counsel for Plaintiff
E-Mail: slazerow@cbecal.org

　　I declare under penalty of perjury that the foregoing is true and correct.

　　Executed on April 21, 2008

　　　　　　　　　　　　　　　　s/W. Lee Smith
　　　　　　　　　　　　　　　　Counsel for Defendant