1  C. D. Michel, S.B.N. 144258
   cmichel@tmllp.com
2  W. Lee Smith, S.B.N. 196115
   lsmith@tmllp.com
3  **TRUTANICH • MICHEL, LLP**
   180 E. Ocean Blvd., Suite 200
4  Long Beach, CA 90802
   Telephone:  (562) 216-4444
5  Facsimile:   (562) 216-4445

6  Attorneys for Defendant
   Action Metal Recycling, Inc.

7

8             UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 Communities for a Better            )  CASE NO: C07-02768 JCS
   Environment, a California non-profit )
12 corporation,                        )  [~~PROPOSED~~] ORDER RE:
                                       )  LODGING OF EXECUTED
13         Plaintiff,                  )  CONSENT AGREEMENT FOR
                                       )  COURT APPROVAL AND JOINT
14    v.                               )  REQUEST TO TAKE MAY 9, 2008,
                                       )  CASE MANAGEMENT
15 Action Metal Recycling, Inc., a     )  CONFERENCE OFF CALENDAR
   California corporation,             )
16                                     )  Magistrate Judge: Joseph C. Spero
                                       )
17         Defendant.                  )  Date:   May 9, 2008
                                       )  Time:   1:30 p.m.
18 _____

19     Based on the Parties' Lodgement of an executed Consent Agreement for

20 review and approval, and good cause having been shown thereby, this Court hereby

21 orders the May 9, 2008, Case Management Conference be taken off calendar, and

22 ~~IT IS SO ORDERED.~~ continued to July 25, 2008, at 1:30 PM. Joint updated cmc statement due by July 18, 2008.

23 Date: April 23, 2008

24                                        _____
                                          Joseph C. Spero
25                                        United States Magistrate Judge

[Stamp: IT IS SO ORDERED AS MODIFIED / Judge Joseph C. Spero]

1