Shana Lazerow, State Bar # 195491
slazerow@cbecal.org
**COMMUNITIES FOR A BETTER ENVIRONMENT**
1440 Broadway Suite 701
Oakland, California 94612
Telephone: (510) 302-0430
Facsimile: (510) 302-0438

Attorneys for Plaintiff
Communities for a Better Environment

C. D. Michel, S.B.N. 144258
cmichel@tmllp.com
W. Lee Smith, S.B.N. 196115
lsmith@tmllp.com
**TRUTANICH • MICHEL, LLP**
180 E. Ocean Blvd., Suite 200
Long Beach, CA 90802
Telephone:  (562) 216-4444
Facsimile:   (562) 216-4445

Attorneys for Defendant
Action Metal Recycling, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Communities for a Better Environment, a California non-profit corporation,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Action Metal Recycling, Inc., a California corporation,<br><br>　　　　Defendant. | CASE NO: C07-02768 JCS<br><br>STIPULATION AND ORDER DISMISSING COMPLAINT<br><br>Magistrate Judge: Joseph C. Spero |

　　　　Plaintiff Communities for a Better Environment and Defendant Action Metal Recycling, Inc. by and through their undersigned counsel, stipulate and agree that pursuant to the terms of the Consent Agreement between them and Fed. R. Civ. P. 41(a)(2), the Complaint in this action shall be dismissed with prejudice, with this Court, the Hon. Joseph C. Spero presiding, to retain jurisdiction over the parties for

1

the purpose of enforcing the terms of the Consent Agreement.

IT IS SO STIPULATED.

DATED: June 10, 2008

**COMMUNITIES FOR A BETTER ENVIRONMENT**

s/Shana Lazerow[1]
Counsel for Plaintiff
E-mail: slazerow@cbecal.org

DATED: June 10, 2008

**TRUTANICH • MICHEL, LLP**

s/W.Lee Smith
Counsel for Defendant
E-mail: lsmith@tmllp.com

### ORDER

The Court having reviewed and approved the Consent Agreement between the parties, and having received the parties' stipulation and for good cause shown,

**IT IS HEREBY ORDERED** that the Complaint in this action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2).

**IT IS FURTHER ORDERED** that this Court shall and hereby does retain jurisdiction over the parties for the purpose of enforcing the terms of the Consent Agreement.

**IT IS SO ORDERED.**

Dated: June 11, 2008
Hon. Joseph C. Spero
Magistrate Judge
United States District Court

---

[1] As the filing attorney, I certify that counsel for Action Metal has authorized me to file this document with his signature. Pursuant to General Order 45 IX, this action being designated for electronic filing, the above document is deemed served on Defendant upon filing via the ECF.

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28